UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ANNIE HOWELL, | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No. 4:11-cv-03147-AKK |
| MORRISON MANAGEMENT SPECIALISTS, INC., | ) ) ) ) |
| Defendant | ) |

## **MEMORANDUM OPINION**

On April 30, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Plaintiff sought and obtained an extension until May 28, 2014, in which to file objections. However, no objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that

the motion for summary judgment filed by defendant be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 2nd day of June, 2014.

                                                    _____
                                                    **ABDUL K. KALLON**
                                                  UNITED STATES DISTRICT JUDGE